RONALD WISLOCKI *v.* TOWN OF PROSPECT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 27 Conn. App. 919, is granted, limited to the following question:

"Is a volunteer firefighter eligible for benefits under General Statutes § 7-314a also eligible for concurrent employment benefits pursuant to General Statutes § 31-310?"

*Ross T. Lessack,* in support of the petition.

Decided July 9, 1992

RALPH AMENDOLA ET AL. *v.* JOSEPH GIAMMATTEI ET AL.
VINCENT BENEVENTO ET AL. *v.* JOSEPH GIAMMATTEI ET AL.
RICHARD CESARE ET AL. *v.* JOSEPH GIAMMATTEI ET AL.
JOHN MURPHY ET AL. *v.* JOSEPH GIAMMATTEI ET AL.
GEORGE MURRAY ET AL. *v.* JOSEPH GIAMMATTEI ET AL.
LOUIS SERENSON ET AL. *v.* JOSEPH GIAMMATTEI ET AL.
JACK SHEA ET AL. *v.* JOSEPH GIAMMATTEI ET AL.
EDWARD SWIDERSKI ET AL. *v.* JOSEPH GIAMMATTEI ET AL.
VICTOR VASCONCELOS ET AL. *v.* JOSEPH GIAMMATTEI ET AL.
MICHAEL VORIO ET AL. *v.* JOSEPH GIAMMATTEI ET AL.
JOSEPH FRAULO ET AL. *v.* TIMBERLAND DEVELOPMENT CORPORATION ET AL.

The defendants' petition for certification for appeal from the Appellate Court is denied.

BERDON, J., dissenting. I would grant certification.

*Benson A. Snaider,* in support of the petition.

*James E. Swaine,* in opposition.

Decided July 10, 1992